IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK ONG,

    Plaintiff,

v.

WORLD FINANCIAL SERVICES, INC.,

    Defendants.

No. 09-04982 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On April 29, 2010, Defendant One West Bank's counsel filed a request to appear telephonically at the initial case management conference set for May 4, 2010 at 10:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than noon on May 3, 2010, Defendant shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: April 30, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge